IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHANIESA A. BURNETT | * |
|     Plaintiff | * |
|     v. | * Civil Action No.: 1:16-cv-1816 |
| NATIONAL ENTERPRISE SYSTEMS, INC. | * |
| | * |
|     Defendant | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, by her undersigned counsel, voluntarily dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). No opposing party has served either an answer or a motion for summary judgment.

Dated:  July 20, 2016          Respectfully Submitted,


                                       */s/ E. David Hoskins*
                                       E. David Hoskins, No. 06705
                                       LAW OFFICES OF E. DAVID HOSKINS, LLC
                                       16 E. Lombard Street, Ste. 400
                                       Baltimore, Maryland 21202
                                       (410) 662-6500 (Tel.)
                                       (410) 662-7800 (Fax)
                                       *davidhoskins@hoskinslaw.com*